Civil- (Dec-2008)

HONORABLE: Joan G. Margolis, USMJ

DEPUTY CLERK A. Campbell    RPTR/ECRO/TAPE FTR - CR4 - NH

TOTAL TIME:  ____ hours  7  minutes

DATE: 10/5/2016    START TIME: 12:18pm    END TIME: 12:25pm

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:16-cv-483(JAM)

Wei Jian Zhou                                               Jian Hang
                                                            Plaintiff's Counsel
           vs
Wild Rice At North Norwalk Inc. et al                       Friedrich M Helisch
                                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing               ☐ Show Cause Hearing
☐ Evidentiary Hearing          ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Sett Conf

☐ .....#____ Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....#____ Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....#____ Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....#____ Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....#____ Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....#____ Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....#____ Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....     Oral Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....     Oral Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....     Oral Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....     Oral Motion_____  ☐ granted  ☐ denied  ☐ advisement
☐ .....  ☐ Briefs(s) due_____  ☐ Proposed Findings due_____  Response due_____
☐ ...........  _____  ☐ filed  ☐ docketed
☐ ...........  _____  ☐ filed  ☐ docketed
☐ ...........  _____  ☐ filed  ☐ docketed
☐ ...........  _____  ☐ filed  ☐ docketed
☐ ...........  _____  ☐ filed  ☐ docketed
☐ ...........  _____  ☐ filed  ☐ docketed
☐ ...........  _____ Hearing continued until _____ at _____

Notes: Settlement Conference held